NO. 07-10-00444-CR
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL B
 
--------------------------------------------------------------------------------
OCTOBER 28, 2010
--------------------------------------------------------------------------------

 
 HENRY CASTILLO, JR., APPELLANT
 
 v.
 
 THE STATE OF TEXAS, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE 181ST DISTRICT COURT OF POTTER COUNTY;
 
 NO. 60,609-B; HONORABLE JOHN B. BOARD, JUDGE
--------------------------------------------------------------------------------

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

 MEMORANDUM OPINION
 
Pending before the Court is the motion of appellant Henry Castillo, Jr. to dismiss his appeal. Appellant and his attorney signed the motion. Tex. R. App. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.
 James T. Campbell
 Justice

Do not publish.